UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 2:04-cr-28-FtM-29DNF

TERENCE DUBOSE

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 2-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant, Terence Dubose, testified during the sentencing hearing of Isaac Marion Jr. regarding Marion Jr.'s supplying of cocaine in the Fort Myers, Florida area. The testimony was presented to corroborate the testimony of Leon Gray who delivered cocaine at the direction of Isaac Marion Jr. to Terence Dubose and other co-conspirators. As a result of the testimony presented, Isaac Marion Jr. was assessed an enhancement for his direction of the activity of Leon Gray.

The testimony of the defendant, Terence Dubose, was presented on September 19, 2007, over one year after the defendant's sentencing. However, the information presented had been previously provided to agents of the Drug Enforcement Administration within one year of the defendant's sentencing. The information provided

by the defendant did not become useful to the Government until the sentencing of Isaac Marion Jr on September 19, 2007.

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant Terence Dubose provided substantial assistance by way of testimony presented during the sentencing hearing of Isaac Marion Jr.  The United States believes that, because of his efforts on behalf of the United States, Terence Dubose should receive a 2-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                Respectfully submitted,

                ROBERT E. O'NEILL
                United States Attorney

By:   *s/ Jesus M. Casas*
       JESUS M. CASAS
       Assistant United States Attorney
       Florida Bar Number 0152110
       2110 First Street, Suite 3-137
       Fort Myers, Florida  33901
       Telephone:   (239) 461-2200
       Facsimile:    (239) 461-2219
       E-mail:  Jesus.M.Casas@usdoj.gov

U.S. v. Terence Dubose                                    Case No. 2:04-cr-28-FtM-29DNF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail this 16th day of April, to:

Terence Dubose
Register No. 13970-018
FCI Coleman Medium
Federal Correctional Institution
P.O. Box 1032
Coleman, Florida 33521

*s/ Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Bar Number 0152110
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:   (239) 461-2200
Facsimile:    (239) 461-2219
E-mail:  Jesus.M.Casas@usdoj.gov